UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

01 OCT 11 PM 2: 19

------------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 7
MICHAEL L. METTER,                                  :     Case No. 01-50506-AHWS
                                                    :
              Debtor.                               :
------------------------------------------------------------x
AO WANG,                                            :
                                                    :
              Movant                                :
                                                    :
       - against -                                  :
                                                    :
MICHAEL L. METTER,                                  :
                                                    :
              Debtor                                :
                                                    :
RICHARD COAN                                        :
                                                    :
              Trustee:                              :
------------------------------------------------------------x

### REQUEST FOR A HEARING

The undersigned requests a hearing on or before October 23, 2001.

A copy of the first page of that contested matter is attached hereto.

An evidentiary hearing is requested    YES ___    NO  X  .

Dated: Westport, Connecticut
       October 11, 2001

                                    THE MOVANT, AO WANG
                                    BY: _____
                                    Lisa Kent (CT 04387)
                                    25 Ford Road
                                    Westport, Ct. 06880

#16