## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF CONNECTICUT

```
IN RE:                                    :
METTER, MICHAEL L.                        :    CASE NO. 01-50506 AHWS
                                          :
                                          :    CHAPTER 7
                                          :
              DEBTOR(S)                   :
```

## TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

TO:   HONORABLE ALAN H. W. SHIFF
      UNITED STATES BANKRUPTCY JUDGE:

RICHARD M. COAN, in the County of New Haven, State of Connecticut, Trustee of the estate of the above-named debtor, for his Final Report and Application for Compensation, respectfully reports and represents:

1.      The Petition commencing this case was filed on 04/19/01. The undersigned was appointed Trustee on 04/19/01. The Section 341(a) meeting was held on 05/23/01. The debtor's discharge was entered on 12/14/01. The bar date for filing unsecured claims expired on 12/02/02. The bar date for filing administrative claims is non-applicable in this case.

2.      I certify that I have concluded the administration of this estate and have performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of pursuant to orders of the Court, or are sought to be abandoned by me; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved. I certify that this estate is ready to be closed.

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

3.  The total receipts and disbursements made by the trustee are as follows:

| | | |
|---|---|---:|
| Receipts | $ | 150,000.00 |
| Plus Interest Earned | $ | 1.23 |
| Total Receipts | $ | 150,001.23 |
| Minus Disbursements | $ | 4,357.50 |
| Balance on Hand | $ | 145,643.73 |

* I will continue to maintain all funds currently on hand for this estate in an interest bearing account at JPMORGAN CHASE BANK until such time as I receive a date for the final hearing on fees.

4.  The current court docket is included as Exhibit A.

5.  The disposition of estate property, including all assets either administered or abandoned, is set forth in Exhibit B, the Individual Estate Property Record and Report (Form 1). All property reported in the schedules, which has not been administered or abandoned by me, shall be deemed abandoned in accordance with the Bankruptcy Code, upon the closing of the case.

6.  Included, as Exhibit C, is the Cash Receipts and Disbursements Record (Form 2) for this estate. All Court orders authorizing interim disbursements, settlements, sales of assets, and closing statements for real estate sales are provided as part of Exhibit C.

7.  As Exhibit D to this Final Report, I have submitted to the United States Trustee all original estate bank statements, arranged in monthly chronological order from the initial banking transaction through the present, as well as all original canceled checks, deposit slips, and advices of bank charges or credits received to date. Exhibit D will be retained by the United States Trustee.

8.  All required tax returns, if applicable, have been filed and all taxes incurred by the estate have been paid or will be paid from assets of the estate.

9.  All claims filed in this case of a class which will receive a distribution have been reviewed and all appropriate objections have been filed and determined by the Court. Included as Exhibit E are the current annotated claims register and all relevant court orders, reflecting the disposition of

all claims. In addition, the following tax claims have been verified (letters verifying tax claims are provided with Exhibit E):

| CLAIM # | CLAIM AMOUNT | TAXING AUTHORITY | AMOUNT VERIFIED |
|---|---|---|---|
| | | TOTAL:  $ | 0.00 |

10. I have examined payments made to the attorney for the debtor(s), including pre-petition retainers, for services rendered or to be rendered in connection with the bankruptcy proceeding. No payment has been disclosed, except the sum of $ to RICHARD A. SARNER. I consider this amount reasonable.

11. I have requested $10,750.06 as trustee fees and $1,186.30 as expenses (where expenses exceed $20.00, I have provided supporting documentation). Submitted with this Final Report, as Exhibit F, is the Trustee's Application and Order for Compensation and Expenses, and a copy of any previously entered court order(s) allowing compensation and expenses.

12. The Attorney for the Trustee has requested $50,000.00 as fees, and $0.00 as expenses. Submitted with the Final Report, as Exhibit G, is the original fee application and order for the Attorney for the Trustee filed in conformity with FRBP 2016(a), including supporting documentation for all requested expenses, and a copy of any previously entered court order(s) allowing compensation and expenses to the attorney for the trustee.

13. I have submitted, as Exhibit H hereto, the Proposed Dividend Distribution Report.

14. I have submitted, as Exhibit I hereto, the Notice of Hearing On Applications For Compensation and Expenses And Trustee's Final Report.

WHEREFORE, I certify under penalty of perjury that the above statements are true and correct and, pursuant to FRBP 5009, this estate has been fully administered; I request that the Court award final compensation and reimbursement of expenses and such other relief as the Court shall deem proper.

Respectfully submitted:

Date: 5/19/04

Richard M. Coan, Trustee
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
203 624-4756
ct06376

# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF CONNECTICUT

---

IN RE:  
METTER, MICHAEL L.                              : CASE NO. 01-50506 AHWS

: CHAPTER 7

------------------------DEBTOR(S)--------------- :

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed Trustee RICHARD M. COAN Final Report.

                                          DEIRDRE A. MARTINI  
                                        UNITED STATES TRUSTEE  
                                        Region 2

                                        PATRICIA BEARY/CT14834  
                                        ASSISTANT UNITED STATES TRUSTEE  
                                        District of Connecticut

Dated: 7/26/04                     By: _____

                                        Paralegal Specialist  
                                        One Century Tower  
                                        265 Church Street, Suite 1103  
                                        New Haven, CT  06510-7016  
                                        Telephone Number:  (203) 773-2210

# INDEX OF REQUIRED EXHIBITS TO BE FILED WITH FINAL REPORT

EXHIBIT A -   Court Docket as of the date of the Final Report

EXHIBIT B -   The Individual Estate Property Record and Report (Form 1)

EXHIBIT C -   The Cash Receipts and Disbursements Record (Form 2). Included with the exhibit are all court orders allowing interim disbursements, court orders allowing the sale of assets and closing statements for real estate sales

EXHIBIT D -   All original bank statements and original canceled checks, deposit slips, and advices of bank charges or credits received to date (To be retained by the United States Trustee)

EXHIBIT E -   Current annotated Court Claims Register and relevant court orders and letters verifying tax claims

EXHIBIT F -
1. Trustee's Application and Order for Compensation and Expenses (supporting documentation provided for expense requests exceeding $20.00)
2. Copies of any previously entered court orders allowing compensation and expenses

EXHIBIT G -
1. Professional's Application and Order for Fees and Expenses (supporting documentation provided for all requested expenses)
2. Copies of any previously entered court orders allowing compensation and expenses

EXHIBIT H -   The Proposed Dividend Distribution Report

EXHIBIT I -   The Notice of Hearing on Applications For Compensation and Expenses and Trustee's Final Report

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

IN THE MATTER OF Michael L. Metter

DEBTOR(S)

CASE NO. 01-50506

ADV. NO.

DOC. # A/c for final report & A/c.

CLAIM #

# SUBSTITUTION FORM

The attachments to this document were not imaged. If these attachments need to be reviewed and/or copied, please refer to the original case file.

DEBORAH HUNT
CLERK OF COURT