## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In the matter of | ) | Chapter 7 |
| | ) | |
| MICHAEL L. METTER, | ) | Case No. 01-50506 |
| | ) | |
| Debtor | ) | |

### ORDER ALLOWING CLAIM NO. 10 BY DAVID DeCERBO
### AS A TIMELY-FILED CLAIM

The Motion to Treat Tardily Filed Claim of David DeCerbo as Timely File having been filed by Richard M. Coan, Trustee and it appearing that the same ought to be granted, it is hereby

**ORDERED,** that Claim No. 10 filed by David DeCerbo in the amount of $442,215.00 shall be allowed as a timely filed claim.

Dated at Bridgeport, Connecticut this _10_ day of _August_ 2004.

Alan H.W. Shiff
United States Bankruptcy Judge