UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:
METTER, MICHAEL L.

Case No. 01-50506 AHWS

(CHAPTER 7)

Debtor(s)

FINAL DIVIDEND DISTRIBUTION REPORT

At the hearing before the Bankruptcy Court held on the 14th day of September, 2004 the Bankruptcy Court reviewed and considered the Trustee's request for commissions and requests for compensation. The Trustee's Final Report and Supplemental Report, if applicable, reflects gross receipts in the amount of $150,001.23, administrative disbursements, including payments to secured creditors, if any, in the amount of $4,357.50, leaving a balance on hand of $145,643.73. Subsequent to the filing of the Final Report and/or Supplemental Report, if applicable, additional interest has been earned in the sum of $88.29 leaving a balance on hand of $145,732.02.

The Trustee has certified that the claims have been examined and recommends that claims be paid pursuant to the distributive provisions of Title 11, United States Code. The United States Trustee for the District of Connecticut has reviewed the Trustee's Final Report and Supplemental Report, if applicable, and, based on the foregoing, the Trustee proposes to disburse the balance on hand as follows:

A.                              SECURED CLAIMS:

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ 0.00 | $ 0.00 |

B.                    CHAPTER 7 ADMINISTRATIVE CLAIMS:

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| Trustee's Accountant Fees | BLUM SHAPIRO LITIGATION CONSULTING GROUP, LLC | $ 4,327.50 | $ 0.00 |
| Trustee's Firm Accounting Expenses | BLUM SHAPIRO LITIGATION CONSULTING GROUP, LLC | $ 30.00 | $ 0.00 |
| Trustee's Firm Legal Fees | COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC | $ 50,000.00 | $ 50,000.00 |
| Trustee Fees | RICHARD M. COAN | $ 10,754.48 | $ 10,754.48 |
| Trustee Expenses | RICHARD M. COAN | $ 1,186.30 | $ 1,186.30 |
| TOTAL CHAPTER 7 ADMIN. CLAIMS | | $ 66,298.28 | $ 61,940.78 |

C.                    CHAPTER 11 ADMINISTRATIVE CLAIMS:

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL D.I.P. CLAIMS | | $ 0.00 | $ 0.00 |

D.                    OTHER SECTION 726(a)(1) CLAIMS:

a.   SECTION 507(a)(2) CLAIMS:

   Post-involuntary petition

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

b.  SECTION 507(a)(3) CLAIMS:

   (Include separate worksheet calculating withholding, FICA, FUTA and State Taxes due)

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

c.  SECTION 507(a)(4) CLAIMS:

   Contributions to Employee Benefit Plans

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

d.  SECTION 507(a)(5) CLAIMS:

   Fisherman & Farmer Claims

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

e.  SECTION 507(a)(6) CLAIMS:

   Deposits for Undelivered Services

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

f.  SECTION 507(a)(7) CLAIMS:

   Debts to a Spouse, Former Spouse or Child

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

g.  SECTION 724(b) CLAIMS:

   Secured Tax Liens

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

h.  SECTION 507(a)(8) CLAIMS:

    Taxes

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

i.  SECTION 507(a)(9) CLAIMS:

    Insured Depository Institutions

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL PRIORITY CLAIMS | | $ 0.00 | $ 0.00 |

E.  SECTION 726(a)(2) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | MBNA America | $ 19,417.24 | $ 1,338.83 |
| 2 | American Express Centurion Bank | $ 23,345.68 | $ 1,609.68 |
| 3 | American Express TRS, Co., Inc. | $ 4,364.12 | $ 300.91 |
| 5 | Parcher Haynes & Snyder | $ 12,600.72 | $ 868.82 |
| 6 | Duane M. Townsend, M.D. | $ 499,972.68 | $ 34,473.04 |
| 9 | Joel Withrow C/O Regan D. Pratt | $ 213,333.36 | $ 14,709.30 |
| 10 | David DeCerbo | $ 442,215.00 | $ 30,490.66 |
| TOTAL TIMELY FILED UNSECURED CLAIMS | | $ 1,215,248.80 | $ 83,791.24 |

F.  SECTION 726(a)(3) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| 7 | Zachary Pascal | $ 5,346.00 | $ 0.00 |
| TOTAL UNTIMELY FILED UNSECURED CLAIMS | | $ 5,346.00 | $ 0.00 |

G. <u>SECTION 726(a)(4) CLAIMS</u>:

| <u>CLAIM NUMBER</u> | <u>CREDITOR</u> | <u>AMT. ALLOWED</u> | PROPOSED <u>PAYMENT</u> |
|---|---|---|---|
| TOTAL FINES, PENALTIES, ETC. | | $ 0.00 | $ 0.00 |

H. <u>SECTION 726(a)(5) CLAIMS</u>:

| <u>CLAIM NUMBER</u> | <u>CREDITOR</u> | <u>AMT. ALLOWED</u> | PROPOSED <u>PAYMENT</u> |
|---|---|---|---|
| TOTAL INTEREST ON ALLOWED CLAIMS | | $ 0.00 | $ 0.00 |

I. <u>SECTION 726(a)(6) CLAIMS</u>:

| <u>CLAIM NUMBER</u> | <u>CREDITOR</u> | <u>AMT. ALLOWED</u> | PROPOSED <u>PAYMENT</u> |
|---|---|---|---|
| TOTAL REFUND TO DEBTOR | | $ 0.00 | $ 0.00 |

All distribution checks issued by the Trustee shall bear the notation "VOID IF NOT CASHED WITHIN 90 DAYS." Subsequent to the 91st day after the checks have been disbursed to the claimants, the Trustee shall stop payment and void any check not negotiated and shall issue a replacement check (Payable to Clerk, United States Bankruptcy Court), for the benefit of such claimant. The replacement check shall be issued to the Clerk of the Bankruptcy Court, together with the Report of Small/Unclaimed Dividends.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: September 15, 2004            TRUSTEE: _____
                                     RICHARD M. COAN
                                     495 ORANGE ST.
                                     NEW HAVEN, CT 06511-3809
                                     (203) 624-4756

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:
METTER, MICHAEL L.

Case No. 01-50506 AHWS

(CHAPTER 7)

Debtor(s)

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed Trustee RICHARD M. COAN Final Dividend Distribution Report.

CAROLYN S. SCHWARTZ
UNITED STATES TRUSTEE
Region 2

PATRICIA BEARY/CT14834
ASSISTANT UNITED STATES TRUSTEE
District of Connecticut

Dated: 9/24/04

By: [signature]

Paralegal Specialist
One Century Tower
265 Church Street, Suite 1103
New Haven, CT 06510-7016
Tel. No. (203) 773-2210